## Irvin WATKINS v. STATE.

### 8 Div. 513.

Supreme Court of Alabama.

June 1, 1933.

Seybourne H. Lynne, of Decatur, for petitioner.

Thos. E. Knight, Jr., Atty. Gen., for the State.

BOULDIN, Justice.

Petition of Irvin Watkins for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Watkins v. State, 25 Ala. App. 440, 148 So. 747.

Writ denied.

ANDERSON, C. J., and GARDNER and FOSTER, JJ., concur.